■ In the Matter of JOSHUA STRAHILL, Appellant. MATHILDE STRAHL et al., Respondents. [605 NYS2d 864] —Order, Surrogate's Court, New York County (Eve Preminger, S.), entered March 22, 1993, unanimously affirmed for the reasons stated by Preminger, S., with costs and disbursements. No opinion. Concur—Ellerin, J. P., Kupferman, Rubin and Nardelli, JJ.